United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEMNET ASRAT, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06190 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER FOR A STATUS UPDATE

Respondents advised that they planned to remove the petitioner by October 26, 2026. Doc. No. 7. The national ICE locator website does not reflect that the petitioner is still in custody. Therefore, the Court **ORDERS** the parties to submit an advisory, **within 14 days of the date of this Order**, regarding the status of this case and whether this case, which challenged the petitioner's ongoing detention, is now moot.

SIGNED on this 16th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE